NO. SCWC-30683

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STACEY COSTALES,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

SCOTT ROSETE, in his official and individual capacity,
Petitioner/Defendant-Appellee/Cross-Appellant,

and

MELVIN ANDO, in his official and individual capacity;
GLENN YOSHIMOTO, in his official and individual capacity;
STATE OF HAWAIʻI; DEPARTMENT OF HUMAN SERVICES;
OFFICE OF YOUTH SERVICES,
Petitioners/Defendants-Appellees/Cross-Appellants,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
CORPORATIONS 1-10; and DOE ENTITIES 1-10, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30683; CIV. NO. 07-1-2360)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The application for writ of certiorari, filed on August 10,

2012 by Petitioners/Defendants-Appellees/Cross-Appellants Scott

Rosete, in his official capacity; Melvin Ando, in his individual

and official capacity; Glenn Yoshimoto, in his individual and official capacity; State of Hawai'i; Department of Human Services; and Office of Youth Services, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 21, 2012.

| | |
|---|---|
| Caron M. Inagaki and Kendall Moser for petitioners. | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Sue Vo Hansen and Charles W. Crumpton for respondent. | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

2